Felix Abramovich, Individually and Trading as Abrams Storage Company, Appellant *v.* Commonwealth of Pennsylvania, Pennsylvania Liquor Control Board and W. W. Anderson, Deputy Attorney General of the Commonwealth of Pennsylvania, Appellees.

Argued March 9, 1979, before Judges WILKINSON, JR., MENCER and ROGERS, sitting as a panel of three.

*Robert G. Sable,* with him *Mark L. Glosser,* and *Lampl & Sable,* for appellant.

*Kenneth W. Makowski,* Acting Chief Counsel, for appellee.

OPINION BY JUDGE ROGERS, April 5, 1979:

We affirm the order below on the opinion of Judge WARREN G. MORGAN, reported as *Abramovich v. Liquor Control Board,* 100 Dauph. 148 (1978).

ORDER

AND Now, this 5th day of April, 1979, the order of the Court of Common Pleas of Dauphin County dated April 21, 1978 is affirmed.